IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MARK T. HOOTEN,** : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 5:11-CV-115 (CAR) |
| : | |
| **JOSEPH FOWLKES, et al.,** : | |
| : | |
| Defendants. : | |
| : | |

**ORDER ON THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Recommendation [Doc.7] that Plaintiff's Motion for Preliminary Injunction be **DENIED**. No objection to the Recommendation was filed. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED, this 6th day of May, 2011.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

jlr