IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARK T. HOOTEN, : | |
| : | |
| Plaintiff, : | |
| : | NO.  5:11-CV-115 (CAR) |
| VS. : | |
| : | |
| JOSEPH FOWLKES,  *et al.,* : | |
| : | Proceedings Under 42 U.S.C. §1983 |
| Defendants. : | Before the U.S. Magistrate Judge |
| : | |

### ORDER

Before the Court Plaintiff Mark T. Hooten's Response (Doc. 26) to the Motion to Dismiss filed by Defendants Dr. Joseph Fowlkes; Dr. Monica Hill; Robert Toole; Virginia Cox, LPN; Connie Kilgore, LPN; Nancy Davis; Todd Tripp and Melinda Thompson (Doc. 21).  In this document, Plaintiff alleges, among other things, that he has not received a copy of the Defendant's Motion to Dismiss and, as such, is unable to prepare a meaningful response.

In view of the above, the Clerk is directed to send the Plaintiff a copy of the Defendants' Motion to Dismiss.  In addition, Plaintiff is **ORDERED AND DIRECTED** to file a response to the Motion **ON OR BEFORE SEPTEMBER 16, 2011**.  Thereafter, the Court will consider the motion and any opposition to the same filed by the Plaintiff.  If no response is submitted by Plaintiff, the Court will consider said motion to be uncontested.

**SO ORDERED**, this 23rd day of August, 2011.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge