IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARK HOOTEN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION<br>No. 5:11-CV-115 (CAR) |
| JOSEPH FOWLKES, *et al.*, | : |
| Defendants. | : |

### ORDER ON RECOMMENDATION

Before the Court is the Recommendation of the United States Magistrate Judge [Doc. 67] to grant Defendants' Motion for Summary Judgment [Doc. 62] because no genuine issues of material fact exist for trial. No objection was filed, and having considered the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Recommendation of the United States Magistrate Judge is **ADOPTED** and **MADE THE ORDER OF THE COURT**. For the reasons set forth therein, Defendants' Motion for Summary Judgment is **GRANTED**.

**SO ORDERED,** this 5th day of March, 2013.

S/ C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

BBP